IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| GEORGE MORRIS | § | |
|---|---|---|
| | § | |
| Plaintiff | § | |
| | § | CIVIL ACTION NO. |
| v. | § | |
| | § | 3:15-CV-3341 |
| COPART | § | |
| | § | |
| Defendant | § | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331 and 1441, Defendant Copart, Inc., incorrectly sued as Copart ("Copart" or "Defendant"), files this Notice of Removal of the action styled *George Morris v. Copart*, pending in the Collin County Justice Court Precinct 3-1, Collin County, Texas (the "State Court Action"). In support of its Notice of Removal, Walgreen states as follows.

## I.
## JURISDICTION

This court has jurisdiction over this matter pursuant to 28 U.S.C. §1331 because it involves a claim arising under the Constitution, laws, or treaties of the United States.

## II.
## STATE ACTION

1. This action, styled *George Morris v. Copart,* was filed in the Collin County Justice Court Precinct 3-1, Collin County, Texas, on September 2, 2015, Cause Number 31-SC-15-00149.

2. Plaintiff is George Morris, a resident and citizen of the State of Texas.

3. Defendant is Copart, Inc., a Delaware Corporation with its principal place of business

in Texas.

4. Venue is proper in the United States District Court for the Northern District of Texas, Dallas Division.

## III.
## NATURE OF THE LAWSUIT

5. This case involves a controversy between Plaintiff and Defendant wherein Plaintiff alleges that Defendant is liable to him for damages suffered by him. More specifically, Plaintiff alleges that he sustained damages when Defendant made 6 telephone calls to Plaintiff's "DNC registered phone number." Plaintiff claims Defendant violated the Telephone Consumer Protection Act ("TCPA"), which he mislabels in his petition as the Telecommunications Consumer Protection Act.

6. Plaintiff alleges that he is entitled to recover damages for Defendant's alleged violations in the amount of $9,000.00.

7. Defendant was served with citation on September 16, 2015.

8. No jury demand has been made.

## IV.
## REMOVAL BASED ON FEDERAL QUESTION JURISDICTION

9. The District Courts of the United States have original jurisdiction over this action based on federal question jurisdiction, in that Plaintiff alleges Defendant violated the TCPA, a Federal law codified as 47 U.S.C. 227. As such, Plaintiff's claim arises under a law of the United States.

10. Removal of this action is proper under 28 U.S.C. § 1441, since it is a civil action brought in State Court, and the Federal District Courts have original jurisdiction over the subject matter under 28 U.S.C. § 1331 because it involves a claim arising under the Constitution, laws, or treaties of the United States.

## REMOVAL PROCEDURAL REQUIREMENTS

11. Copart has filed its Notice of Removal within the time period provided in 28 U.S.C. § 1446(b). Copart was served with citation on September 16, 2015, and is filing this Removal within thirty (30) days of receipt. .

12. Contemporaneously with its Original Notice of Removal, Copart filed its Notice of Removal with the clerk of the Collin County Justice Court Precinct 3-1, Collin County, Texas.

## INDEX OF DOCUMENTS FILED IN STATE COURT

13. Pursuant to Local Rule 81.1(a), copies of the State Court pleadings are attached hereto. Exhibit A is an index, in chronological order, of all documents filed in the State Court and the date it was filed in state court. Exhibit B is a copy of the docket sheet in the State Court. Exhibit C are copies, in chronological order, of all documents filed in the State Court. Exhibit D is a signed certificate of interested persons.

Wherefore, Copart prays that the action now pending against it in the Collin County Justice Court Precinct 3-1, Collin County, Texas, be removed therefrom to the United States District Court for the Northern District of Texas – Dallas Division, and further requests that this Court assume jurisdiction over the cause herein as provided by law.

Respectfully submitted,

_____
Mark A. Goodman
State Bar No. 08156920
K. Patrick Babb
State Bar No. 24077060
FOX ROTHSCHILD, LLP
Two Lincoln Centre
5420 LBJ Freeway, Suite 1200
Dallas, Texas 75240
972/991-0889
972/404-0516 Telecopier
mark.goodman@foxrothschild.com
pbabb@foxrothschild.com
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Notice of Removal was served on Plaintiff in accordance with the Federal Rules of Civil Procedure on October 15, 2015.

George Morris
PO Box 864091
Plano, Texas 75086
DNC.violations@gmail.com
*Plaintiff*

_____
K. Patrick Babb